IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Criminal No 4:11-CR-172 SDJ/KPJ |
| | § | |
| SCOTT JEFFREY ROBERTS (01) | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATON
OF UNITED STATES MAGISTRATE JUDGE**

Before the Court is a Report and Recommendation of the United States Magistrate Judge regarding Defendant's competency.  The parties have not filed objections to the Report.

Having conducted an independent review, the Court concludes that Defendant is competent to proceed with the revocation proceeding because Defendant is able to understand the nature and consequences of the proceeding and is able to assist his attorney in his defense.

It is therefore **ORDERED** that the Report and Recommendation of the United States Magistrate Judge on Defendant's competency is **ADOPTED**.  It is further **ORDERED** that Defendant, Scott Jeffrey Roberts, is competent.

**So ORDERED and SIGNED this 9th day of July, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE